**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-2134**

_____

JUSTIN K. HOLDER,

       Plaintiff - Appellant,

  v.

MARK DUVALL THOMAS,

       Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, District Judge.  (1:23-cv-01874-GLR)

_____

Submitted:  February 22, 2024                 Decided:  February 26, 2024

_____

Before NIEMEYER and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Justin K. Holder, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Justin Holder appeals the district court's orders dismissing his civil complaint for lack of subject matter jurisdiction and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Holder v. Thomas*, No. 1:23-cv-01874-GLR (D. Md. July 27, 2023; Sept. 27, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*